UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 11, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERNEST MARSHALL BADMAN,

Defendant.

Case No. 2:17-mj-00061-EFB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ERNEST MARSHALL BADMAN , Case No. 2:17-mj-00061-EFB from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 75,000, cosigned by parents.

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Pretrial services conditions of supervision.

Issued at Sacramento, California on May 11, 2017 at 2:15 pm

By: /s/ Carolyn Delaney

Magistrate Judge Carolyn K. Delaney