HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Mia_Crager@fd.org

Attorneys for Defendant
ERNEST MARSHALL BADMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNEST MARSHALL BADMAN,<br><br>Defendant. | Case No. 2:17-cr-00094 GEB<br><br>ORDER AMENDING INSTITUTIONAL RECOMMENDATION |

The judgment in this case filed on December 18, 2017, contains a recommendation that the defendant be incarcerated at the Federal Correctional Institution in Dublin, California. That recommendation is withdrawn and instead the Court recommends that Defendant be incarcerated at the Federal Correctional Institution, in Terminal Island, California, but only insofar as this recommendation accords with Bureau of Prison's security classification and space availability. Therefore, the judgment shall be amended to reflect this recommendation.

IT IS SO ORDERED.
Dated: December 18, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

-1-